**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

---

MELISSA P. MARTIN,

     *Plaintiff,*

     v.

STATESIDE ASSOCIATES, INC.,

     *Defendant.*

Civil Action No.  1:23-cv-01076-RDA-IDD

---

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff, Melissa P. Martin, by and through her undersigned attorneys, files this Notice of Supplemental Authority to apprise the Court of the United States Supreme Court's recent decision in *Muldrow v. City of St. Louis, Missouri*, 2024 WL 2642826 (April 17, 2024). A copy of the *Muldrow* decision is attached as Exhibit 1.

DATED: MAY 8, 2024.

                            Respectfully submitted,

_/s/ Nathaniel D. Johnson_____
Nathaniel D. Johnson (MD Bar #14729)
Attorney for Plaintiff, *Pro Hac Vice*
THE EMPLOYMENT LAW FIRM, LLC
3261 Old Washington Rd., Ste. 2020
Waldorf, Maryland 20602
Tel: (301) 645-9103
Fax: (888) 492-9434
ndjesquire@gmail.com

_/s/ Martin  P. Hogan_____
Martin P. Hogan, VSB# 33876
Michael T. Pritchard, VSB# 65846
HOGAN & PRITCHARD, PLLC
Attorneys for Plaintiff
4101 Chain Bridge Road, Suite 300
Fairfax, Virginia  22030
Tel:    (703) 359-1000
Fax:    (703) 359-1002
mphoganlaw@msn.com
mpritchard@thehplawfirm.com

1

2

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing Notice of Supplemental Authority was

served this 8th day of May 2024 upon the counsel of record named below through the Court's

electronic case filing system:

Joy C. Einstein, Esq.
Shulman Rogers, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854


_/s/ Nathaniel D. Johnson_____
Nathaniel D. Johnson

2